

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
—
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-3067
DIRECT FAX
917-777-3067
EMAIL
JORDAN.FEIRMAN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

February 24, 2023

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

[Handwritten endorsement: 2/28/2023 Request granted w/o prejudice to renewing at a later date.]

RE: *Nespresso USA, Inc. and Société des Produits Nestlé S.A.
v. Peet's Coffee, Inc.*, 1:22-cv-02209 (CM) (RWL) (S.D.N.Y.)

Dear Judge McMahon:

We write on behalf of Defendant and Counterclaim-Plaintiff Peet's Coffee, Inc. ("Peet's"). Pursuant to Section 6 of the Southern District of New York's Electronic Case Filing Rules and Instructions, Peet's seeks permission to file its Answer & Counterclaims under seal. Pursuant to the Protective Order entered in this case (ECF No. 46), Peet's is contemporaneously filing a public redacted version of the Answer & Counterclaims.

The reason for this request is that certain allegations in the Counterclaims discuss and/or quote materials produced in this litigation by Counterclaim-Defendant Nespresso USA, Inc. under confidentiality designations pursuant to the Protective Order. Peet's takes no position with respect to whether those materials actually are confidential or warrant their designations.

Respectfully Submitted,

/s/ Jordan A. Feirman
Jordan A. Feirman

2271887-NYCSR03A - MSW