UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NESPRESSO USA, INC., and<br>SOCIÉTÉ DES PRODUITS NESTLÉ S.A.,<br><br>               Plaintiff/Counterclaim-Defendant,<br><br>- against -<br><br>PEET'S COFFEE, INC.,<br><br>               Defendant/Counterclaim-Plaintiff | Case No. 1:22-cv-02209 (CM) (RWL)<br><br>ECF Case<br><br>**ORDER TO SHOW CAUSE** |

      Upon the Declaration of Chanda Beppu, the Declaration of Shin Y. Hahn, and the Memorandum Of Law In Support Of Non-Party Starbucks Corporation's Motion to Intervene, and upon all prior pleadings and proceedings herein, it is ORDERED, that the above named parties show cause before this Court, at Courtroom 24A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on _____, _____ , at _____ o'clock in the \_\_\_\_ thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 24(a) of the Federal Rules of Civil Procedure permitting Non-Party Starbucks to intervene as of right; and it is further

      ORDERED, service of a copy of this order and annexed declaration and memorandum upon Defendant's counsel by the electronic case filing system shall be deemed good and sufficient service thereof; and it is further

      ORDERED, that any opposition to Non-Party Starbucks Corporation's motion be electronically filed on or before _____, _____ , at _____ o'clock in the \_\_\_\_ thereof.

      Dated: _____, 2023

-2-

_____
Judge Colleen McMahon