# MAYER | BROWN



Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

August 21, 2023

**A. John P. Mancini**
Direct Tel +1 212 506 2295
Direct Fax +1 212 849 5895
jmancini@mayerbrown.com

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 24A
New York, NY 10007-1312
Email: ChambersNYSDMcMahon@nysd.uscourts.gov

*8/23/23*
*Stay will remain in effect*
*for 90 days while the parties*
*memorialize their settlement.*

*Colleen McMahon*

Re: *Nespresso USA, Inc.* et al. *v. Peet's Coffee, Inc.*, 1:22-cv-02209-CM-RWL

Dear Judge McMahon:

We represent Plaintiffs Nespresso USA, Inc. et al. ("Plaintiffs") in the above-referenced proceeding. We write jointly with counsel for Defendant Peet's Coffee, Inc. ("Peet's") and are pleased to inform the Court that the parties have reached agreement on the material terms of a settlement, have executed a confidential and binding Term Sheet, and are working diligently to draft and finalize a definitive settlement agreement that will enable the dismissal of this proceeding, with prejudice. The parties have separately written to Magistrate Judge Lehrburger to inform him of the same.

In light of this development, the parties respectfully request that the stay of proceedings (Dkt. No. 117) remain in effect until the parties have executed a definitive settlement agreement, after which the parties anticipate promptly dismissing the action.

The parties thank the Court for its time and consideration.

Respectfully submitted,

A. John P. Mancini

Cc: Counsel of Record (via email).

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).