**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                             :

NESPRESSO USA, INC., and                      :          Case No. 1:22-cv-02209 (CM) (RWL)
SOCIÉTÉ DES PRODUITS NESTLÉ S.A.   :

        Plaintiffs/Counterclaim-Defendants,  :

                v.                                    :

PEET'S COFFEE, INC.,                            :

        Defendant/Counterclaim-Plaintiff.  :
---------------------------------------------------------------- X

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between (i) Plaintiffs/Counterclaim-Defendants Nespresso USA, Inc., and Société des Produits Nestlé S.A., and (ii) Defendant/Counterclaim-Plaintiff Peet's Coffee, Inc., through their respective counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims and counterclaims in the above-captioned action are voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

SO STIPULATED AND AGREED, THROUGH COUNSEL OF RECORD.

*Attorneys for Plaintiffs/*  *Attorneys for Defendant/*
*Counterclaim-Defendants*  *Counterclaim-Plaintiff*

s/*A. John P. Mancini*/  s/*Jordan A. Feirman*/
_____  _____
A. John P. Mancini  Douglas R. Nemec
Gina M. Parlovecchio  Jordan A. Feirman
Daniel M. Rosales  David M. Lamb
MAYER BROWN LLP  SKADDEN, ARPS, SLATE,
1221 Avenue of the Americas    MEAGHER & FLOM LLP
New York, NY 10020  One Manhattan West
Tel: (212) 506-2500  New York, NY 10001
Email: JMancini@mayerbrown.com  Tel: (212) 735-3000
    GParlovecchio@mayerbrown.com  Email: douglas.nemec@skadden.com
    DRosales@mayerbrown.com      jordan.feirman@skadden.com
      david.lamb@skadden.com

Kristine M. Young (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Tel: (312) 782-0600
Email: KYoung@mayerbrown.com